

IN THE
TENTH COURT OF APPEALS

No. 10-14-00407-CR

**MICHAEL EDWARD STRICKLAND,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

**From the 82nd District Court
Falls County, Texas
Trial Court No. 8033**

## ORDER

Michael Edward Strickland was convicted in 2007. He is currently appealing the trial court's denial of his request for post-conviction DNA testing. His docketing statement in this appeal is due by January 21, 2015.

The Court received a letter and accompanying motion from Strickland on January 9, 2015. The letter explains to the Clerk of this Court that he received the Court's notice to file a docketing statement on January 6, 2015 and that he is requesting an extension of time in a motion sent along with the cover letter. The accompanying

motion the Court received on January 9, 2015 is less than clear regarding what Strickland wants. In some portions of the motion, it appears he is asking for an extension of time to file a notice of appeal of his 2007 conviction. But an appeal of that conviction is untimely, and we have not found that Strickland has been granted an out of time appeal by the Court of Criminal Appeals. However, based on the cover letter to the Clerk and the fact that Strickland mentions in the motion that the motion is pursuant to the rule regarding docketing statements, Texas Rule of Appellate Procedure 32, we interpret Strickland's motion to be a request for an extension of time to file a docketing statement.

Strickland's docketing statement was filed on January 16, 2015. Accordingly, as interpreted above, Strickland's request for an extension of time to file his docketing statement is dismissed as moot. Any other relief requested by Strickland in the motion received and filed on January 9, 2015 is specifically denied.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed as moot
Order issued and filed January 22, 2015

